**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **SANDRO ESCOBEDO,** <br><br> Defendant. | CR NO: 2:21-cr-0007-DAD |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum       ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Sandro Escobedo |
| Detained at: | N. Kern State Prison |

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with: Conspiracy to distribute fentanyl, cocaine, and methamphetamine; distribution of fentanyl

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary as soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ David W. Spencer |
| Printed Name & Phone No: | Assistant U.S. Attorney, David W. Spencer, 916-554-2700 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Superseding Indictment and prosecution in the above-captioned case in the Eastern District of California, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 10, 2023

_/s/ Jeremy Peterson_
Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | BV6960 | DOB: | 08/02/1988 |
| Facility Address: | 2737 West Cecil Ave, Delano, CA 93215 | Race: | White |
| Facility Phone: | (661) 721-2345 | FBI#: | 858885TC6 |
| Currently | In custody of the State of California | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)