1  LAW OFFICE OF MICHAEL HEUMANN
   Michael Heumann, CA SBN 299622
2  901 H Street, Suite 405-5
   Sacramento, CA 95814
3  Telephone: (916) 426-6692
   mikeheumann.law@gmail.com
4  Attorney for Defendant
   SANDRO ESCOBEDO
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9  | UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0007-DAD-10 |
   |---|---|
10 | Plaintiff, | STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |
11 | v. | |
12 | SANDRO ESCOBEDO | DATE: August 25, 2025, is continued to TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
13 | Defendants. | |

14

15                              **STIPULATION**

16     1.     By previous order, this matter was set for judgement and sentencing on August 25, 2025,

17  is continued to .

18     2.     By this stipulation, defendants now move to continue the sentencing hearing until

19  October 27, 2025, at 9:30 a.m.

20     3.     The parties agree and stipulate, and request that the Court find the following:

21         a)     Counsel for defendant desires additional time to consult with their client, gather

22  mitigation, and to complete the PSR process.

23         b)     Counsel for defendants believe that failure to grant the above-requested

24  continuance would deny them the reasonable time necessary for effective preparation, taking into

25  account the exercise of due diligence.

26         c)     The government does not object to the continuance.

27     4.     The parties further request that the Court adopt the following updated PST disclosure

28  schedule:

STIPULATION REGARDING EXCLUDABLE TIME                    1
  PERIODS UNDER SPEEDY TRIAL ACT

      a)     Draft PSR due: September 15, 2025

      b)     Informal objections due: September 29, 2025

      c)     Final PSR due: October 6, 2025

      d)     Formal Objections/Corrections to the PSR due: October 13, 2025.

      e)     Reply or statement of non-opposition due: October 20, 2025

5.     The assigned U.S. Probation Officer, Steven Davis, has no objection to this request and is available on October 27, 2025, for judgement and sentencing.

IT IS SO STIPULATED.

Dated:  July 21, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  July 21, 2025

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
SANDRO ESCOBEDO

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for August 25, 2025, is continued to October 27, 2025, at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:  **July 22, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE