LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
SANDRO ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0007-DAD-10 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |
| v. | |
| SANDRO ESCOBEDO | DATE: October 27, 2025, TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for judgement and sentencing on October 27, 2025,.

2. By this stipulation, defendant Sandro Escobedo now moves to convert the sentencing date to a status conference and motion hearing on November 24, 2025, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant will be filing a motion to withdraw the defendant's guilty plea to be heard on November 24, 2025, and the government will need time to respond and the defense will need time to reply to the government's response.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would prevent him from having the motion to withdraw heard prior to sentencing.

   c) The government does not object to the continuance.

4. The parties further agree to the following briefing schedule on defendant's motion to withdraw:

a) Motion to be filed by October 24, 2025

b) Government's opposition due by November 10, 2025

c) Defendant's reply due by November 17, 2025

IT IS SO STIPULATED.

Dated: October 23, 2025

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: October 23, 2025

/s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
SANDRO ESCOBEDO

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled for October 27, 2025, is vacated and the case is continued to November 24, 2025, at 9:30 a.m. for hearing of defendant Sandro Escobedo's anticipated motion to withdraw plea and, if appropriate, for status re sentencing.

IT IS SO ORDERED.

Dated: **October 24, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE                    3