LAW OFFICE OF MICHAEL HEUMANN
Michael Heumann, CA SBN 299622
901 H Street, Suite 405-5
Sacramento, CA 95814
Telephone: (916) 426-6692
mikeheumann.law@gmail.com
Attorney for Defendant
SANDRO ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SANDRO ESCOBEDO<br><br>                    Defendants. | CASE NO.  2:21-CR-0007-DAD-10<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER<br><br>DATE: March 9, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.     By previous order, this matter was set for judgement and sentencing on March 9, 2026.

2.     By this stipulation, defendant Sandro Escobedo now moves to continue the sentencing date to April 13, 2026, at 9:30 a.m.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     Counsel did not receive the draft PSR until February 2, 2026, less than a week from the date set for Objections of February 9, 2026.

b)     Counsel for defendant required additional time to discuss the PSR with his client, and the proposed date is the next available date both prosecution and defense counsel are available.

c)     The government does not object to the continuance.

4.     The parties further agree to the following schedule for the PSR:

a)     Objections:    March 16, 2026

b)     Final Report:  March 23, 2026

c)      Corrections:   March 30, 2026

d)      Reply:         April 6, 2026

e)      Sentencing:    April 13, 2026.

IT IS SO STIPULATED.


Dated:  February 17, 2026                      ERIC GRANT
                                               United States Attorney


                                               /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
                                               Assistant United States Attorney


Dated:  February 17, 2026                      /s/ MICHAEL HEUMANN
                                               MICHAEL HEUMANN
                                               Counsel for Defendant
                                               SANDRO ESCOBEDO


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for March 9, 2026, is continued to April 13, 2026, at 9:30 a.m. and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **February 19, 2026**            _____
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING CONTINUANCE                    2